Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

DALE BRENT GUCCIONE
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

CONNECTION CORRECTIONS PROGRAM EAST
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

NOV 08 2023
Clerk, U.S. Courts
District of Montana
Missoula Division

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: DALE BRENT GUCCIONE
- All other names by which you have been known: N/A
- ID Number: 45265
- Current Institution: START PROGRAM AKA NEW DIRECTIONS
- Address: 801 MT HWY 48
  Anaconda, MT 59711

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Connection Corrections Program East
- Job or Title (if known):
- Shield Number:
- Employer: CCCS Inc.
- Address: 471 E. Mercury St.
  Butte, MT 59701
- [ ] Individual capacity [X] Official capacity

**Defendant No. 2**
- Name: Lori Johnston
- Job or Title (if known): LAC
- Shield Number:
- Employer: Connection Corrections Program East
- Address: 111 W. Broadway St.
  Butte, MT 59701
- [ ] Individual capacity [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Shield Number _____
    Employer _____
    Address _____
    _____
    City        State        Zip Code
    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Shield Number _____
    Employer _____
    Address _____
    _____
    City        State        Zip Code
    ☐ Individual capacity    ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(US Constitutional violation)
8th Amendment cruel & unusual mistreatment of prisoners.
HIPPA Medical Fed Law. Embezzelment, Defamation of Character

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* Revocation Sentence STATE DOC.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the *alleged wrongful action*, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
Corrections Connections program East (CCPE) 111 West Broadway ST. Butte, MT 59701. I was Enrolled Feb 18-2023 Thru 5-3-2023. The Incidents All happend within the Last 2 weeks of My Termination And HIPPA Violation Defamation After I was Arrested & Terminated From program I HAVE 9 Witnesses a Including a Written STATEMENT By James Vinsom A group Resident Member

C. What date and approximate time did the events giving rise to your claim(s) occur?

April 23rd 2023 - 5-05-2023

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

1.) Embezzelment of $20.00 I was a Sanction Bed 63 (Senate Bed 63-64) Probation And Parole pay's for my Room & Board. I got Jeni's Response which she clearly Admits Embezzlement.

2)

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. This has Affected my whole CD Treatment program. (DC-19-74 Judge Kurt Krugar had ordered MT DOC to place me in NEXUS program prior to Discharge DOC Violated his Court order). I was shamed And Accused in a group setting which shame base was Banned by law for the CCP-Nexus programs to do I have been stuck in CCCS programs continued Discriminated upon by being white. by what happend at CCPE NOW I'm Being SPR to Prison. NOW I've Been Retaliated upon. Denied legal Law books here at CCCS START Program. Mentally, Emotionally & Financially Drained And I feel worthless And my life don't matter no more. Being Denied 5 programs. I am scared to file This As I'm in the fate of Montana Dept of Corrections. NOW SPR TO Prison ABuse

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I lost All My family pictures heirlooms. I had a job waiting After Treatment NOT NOW how can I place A value on life I'm 55 They got me Discharging 12/25/24. I have no place to go. Its winter & no Financial Help. If I get flopped by parole Board To Discharge. I have no Vehicle. All I tried to do was complete CCPE & go back to Helena into a Sober living. Now I'm worse off then This Began. A revolving Cash money maker for DOC off the payers money. It's sad. Whatever This court feels I should get due to the numerous Issues 8th Amend violation Embezzelment. Etc. $75,000.00

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.  **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any *jail, prison, or other* correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

START PROGRAM (AKA) New Directions

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

I Did A Informal Grievance Letting BOB Olson program Director Of START Program Know. what had happend + over the 20.00 at CCPE. He was going to Reach out to them 7/2023 I Waited for Answer. I Then Followed through with A CCCS formal grievance DATED 8-29-2023 Gave it to Mark Dennehy Clinical Director - Grievance officer he Connected to CCP CCP East program where Incident Happens. At START program - Also owned by CCCS corp That is

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ ~~Yes~~ 01

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? START PROGRAM NEW DIRECTIONS CCCS Inc program facility 801 MT Hwy 48 Anaconda, MT 59711. Given to Mark Dennehy program Clinical Director to Grievance - was forwarding it to CCCS Inc 471 E Mercury St Butte MT 59701 8/24/2023 (CCCS Inc owns CCPE, CCPW, Butte pre Release START programs)

2. What did you claim in your grievance? Embezzelment of $20.00 Dollars (Theft) Violating HIPPA Laws. Defamation of character. (Breach of confidentality) Violates 8th Amendment cruel & unusual mistreatment of prisoners.   See copy of enclosed Grievance (Exhibit A)

3. What was the result, if any? (Conflict of Interst) my Grievance was Answerd by Jeni Nichols Program Cordnator, And she is Also the Grievance Cordnator As well As my LAC Counselor At CCPE whom The Greivance was partially on her Answering it is Conflict of Interst a Yes I got her Response which was very vague And failed to Address the Issue.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.) I Then filed A formal DOC complaint Greivance which I got copies of I filed to Cassie Brecker programs cordnator At MT Dept of Corrections, Its been over 2 weeks I did Inform that it was my final Greivance That I was exhausting. So Im now proceeding to File this Action in This court.  MT DOC Cassie Brecker, 5 South Last Chance Gulch PO Box 201301 Helena MT 59620-1301

I got MDOC Cassie Breckers letter That she was NOT Forwarding my last Exhaustion greivance. As Evidence to W.t.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I was Immediately Terminated from program And Transported from Butte to Helena jail. Awaiting Hearing Resulted in Revocation of my sentence ended up here at START Program a CCCS corp that has The Grievance To file in house + Informal + Formal was done (AT CCPE - My counselor Jeni Nichols is The Grievance officer. which People There were scolded for Filing grievances And Thrown Into Garbage can.)

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: BOB OLSON, Jeff Tierney - Mark Pennehy, Program Director / cheif of security Clinical Director 7/2023 START Program START Program Informal verbal 8/29/2023 a Grievance officer (Never got any answer back) START program /2023 - Filed a Formal CCCS Grievance

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Besides the Grievance process. I wrote a letter to Paul Smith in 5/27/23 Asking for 20.00 on Acct. No Response And I Also had Sharon Ellis of 1300 Birch St Helena MT 406-442-1410 go pick up my Belongings Along with my cash - she was told by Paul Smith - security that the 20.00 goes for Room & Board. I was a SB-63 Sanction STATE pays for my STAY.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/05/2023

Signature of Plaintiff: Dale Brent Guccione
Printed Name of Plaintiff: DALE BRENT GUCCIONE
Prison Identification #: AO# 45265
Prison Address: START Program 801 MT HWY 48
Anaconda, MT 59711

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
           City          State     Zip Code
Telephone Number: _____
E-mail Address: _____